EMANUEL WILLIAMS, JR., Respondent, v. JOSEPH M. KLEIN, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

HENRY W. JOY, Respondent, v. URBAN MOTION PICTURE INDUSTRIES, INC., Appellant.— Motion to dismiss appeal denied, with ten dollars costs.   Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

A. & T. BUILDING CO., INC., Respondent, v. JOHN A. WALSH, Appellant.— Judgment reversed on the law and the facts, and a new trial granted, with costs to abide the event.   On the evidence in the case it was for the jury to determine whether or not the parties contemplated a sale at a gross price or a sale based upon the front foot value.   Kelly, P. J., Rich, Manning and Kelby, JJ., concur; Young, J., not voting.

JOHN J. ACKERMAN, as Trustee in Bankruptcy of COTTAGE HARDWARE AND PLUMBING CORPORATION, Bankrupt, Appellant, v. CHARLES J. STILLER and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. It appears that defendants have already been examined before the referee in bankruptcy as to the facts in issue in this action.   The examination now sought is, therefore, unnecessary.   Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

ELEANOR PHELPS CLARK, Respondent, v. AUSTIN GLOAD, Defendant, Impleaded with RAYMOND P. GLOAD and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

THOMAS DALY, Respondent, v. TIMOTHY GOLDEN and Another, Appellants, Impleaded with Others, Defendants.— Judgment and decree of the County Court of Queens county unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

BEN DOBROCKY, Respondent, v. JAMES E. McGUIRE, Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs.   No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

MARGARET A. DRISCOLL, Appellant, v. THE TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Determination of the Appellate Term [119 Misc. Rep. 754], affirming a judgment of the Municipal Court, unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CHARLES EDELBERG, Appellant, v. THE PENNSYLVANIA FIRE INSURANCE COMPANY OF PHILADELPHIA, Respondent.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

WILLIAM FRESE, Respondent, v. SAMUEL D. BOCKSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

GOLDINGER REALTY CO., INC., Respondent, v. BESSIE STEHR, Appellant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.